```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JUAN ORTEGA,                                                           :
                                                                       :
                       Plaintiff,                                      :
                                                                       :      21 Civ. 10735 (JPC)
           -v-                                                         :
                                                                       :          ORDER
CENTURY, LLC,                                                          :
                                                                       :
                       Defendant.                                      :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On March 10, 2022, the Court ordered the parties to submit a joint letter updating the Court as to the status of settlement by April 11, 2022. Dkt. 11. The parties failed to submit a status letter by the April 11, 2022 deadline. Accordingly, it is hereby ORDERED that, by April 14, 2022, the parties shall submit a status letter as set forth in the March 10, 2022 Order.

SO ORDERED.

Dated: April 12, 2022
       New York, New York

_____
JOHN P. CRONAN
United States District Judge